## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sonya Mary Streiff-Garza,　　　　　　　　　　　Civil No. 16-2678 (DWF/JSM)

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT**
　　　　　　　　　　　　　　　　　　　　　　**AND RECOMMENDATION**

Aldrich Point Condominium Association,

      Defendant.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 1, 2016. (Doc. No. 6.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.　　Magistrate Judge Janie S. Mayeron's September 1, 2016 Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

2.　　This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

      3.      All remaining motions (Doc. Nos. [2-5]) are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 19, 2016　　　　　<u>s/Donovan W. Frank</u>
　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　United States District Judge